**Jordan K. Cameron (12051)**
  jcameron@djplaw.com
**DURHAM JONES & PINEGAR, P.C.**
3301 N Thanksgiving Way, Suite 400
Lehi, Utah 84043
Telephone: (801) 375-6600
Fax: (801) 375-3865

**Attorneys for Plaintiff XMission, L.C.**

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BOEHM dba BLAZE MEDIA SOLUTIONS, DOES 1-5,,<br><br>Defendants. | **MOTION TO STAY THE CASE**<br><br>2:17cv00758 EJF<br><br>Magistrate Judge Evelyn J. Furse |

COMES NOW, XMission, through its counsel, Jordan K. Cameron of Durham, Jones & Pinegar, and submits this Motion to Stay the Case. Defendant has not yet appeared or filed an Answer.

The parties have entered into a Confidential Settlement Agreement which requires Defendant to satisfy certain conditions by November 30, 2017. Upon satisfaction of the conditions therein, XMission will notice the dismissal of this case. In order to facilitate the intended settlement and resolution of this case, XMission moves this Court to stay this action until December 10, 2017.

DATED this 15nd day of September 2017.

**DURHAM, JONES & PINEGAR, P.C.**

/s/ Jordan K. Cameron
Jordan K. Cameron