UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XMISSION, L.C., a Utah company,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL BOEHM dba BLAZE MEDIA<br>SOLUTIONS, DOES 1-5,<br><br>       Defendants. | **ORDER GRANTING MOTION TO STAY THE CASE**<br><br><br>Case No. 2:17-cv-00758-EJF<br><br>Magistrate Judge Evelyn J. Furse |

This matter is before the Court on XMission's Motion to Stay the Case.  Having reviewed the Motion and good cause appearing, the Court GRANTS the Motion.

It is HEREBY ORDERED that this case is stayed until December 10, 2017.

Dated this 18th day of September, 2017.


BY THE COURT:

Magistrate Judge Evelyn J. Furse
United States District Court